# EXHIBIT B

| U.S. Patent No. 6,166,736 | XMind |
| --- | --- |
| **Claim 1** | |
| A system for implementing a window frame having a first viewable area for displaying the contents of any one of a plurality of windows and a second viewable area for displaying indicia of each such window, the system comprising: | The XMind editor is a mind mapping software application. The application has a "window frame" having a "first viewable area for displaying the contents of any one of a plurality of windows." The "second viewable area for displaying indicia of each such window" corresponds to the tab bar appearing above the editing window (red). The "indicia" corresponds to the tab and panel name appearing in said tab. |

| | |
|---|---|
| | |
| (a) a window display mechanism that, in response to a first user interaction with the indicia of a first window of the plurality of windows, displays the contents of that first window in the first viewable area; and | As illustrated *supra*, the “window display mechanism” corresponds to the program code that is responsible for loading and presenting panels within a docked window. The tabs of the application allow users to select a tab (a “first user interaction with the indicia of a first window of the plurality of windows”) (e.g., the “Package Explorer” tab) which then displays the contents of the panel associated with such a tab in the window (“displays the contents of that first window in the first viewable area”):   |

| | |
|---|---|
| | Subsequently, a user may select a second tab ("Task List") to display the contents of the panel associated with that tab in the window:   |
| (b) a window frame split mechanism that, in response to a second user interaction with the indicia of a second window of the plurality of windows, splits the window frame into: | A user can "drag" ("second user interaction") a tab ("indicia of a second window of the plurality of windows") to rearrange the layout of windows (a "window frame split mechanism"). The dragging splits the window into various layouts: |



(horizontal split)

EXHIBIT B
PAGE 26

<table>
<tr><td></td><td>

(vertical split)</td></tr>
<tr><td>a first window subframe having a third viewable area for displaying the contents of the second window and a fourth viewable area for displaying the indicia of that second window; and</td><td>As in the initial scenario, the newly created “first window subframe” contains a “third viewable area” that displays the “contents of the second window” (i.e., the panel contents) and a “fourth viewable area” for displaying indicia.</td></tr>
</table>

| | |
|---|---|
| |  |
| (ii) a second window subframe having the first viewable area for displaying the contents of any one of the plurality of windows other than the second window and the second viewable area for displaying indicia of each such window. | As in the initial scenario, the newly created "second window subframe" contains the "first viewable area" that displays the "contents of any one of the plurality of windows other than the second window" (i.e., the panel that was not dragged) and the "second viewable area" for displaying indicia. |

| | |
|---|---|
| |  |
| **Claim 2** | |
| The system of claim 1 wherein the window frame split mechanism determines the relative orientation of the first window subframe and the second window subframe based on location information obtained during the second user interaction. | As illustrated *supra*, when a user rearranges the layout of panels (the “window frame split mechanism”), the user interface detects the location of where the user is dragging the tab (“location information”) to determine whether to split the windows vertically or horizontally (“relative orientation”). |

| **Claim 3** | |
|---|---|
| The system of claim 1 wherein the window frame split mechanism determines the relative size of the first window subframe and the second window subframe based on location information obtained during the second user interaction. | As illustrated *infra*, when a user rearranges the layout of panels (the "window frame split mechanism"), the user interface determines the size of the new location of where the user is dragging the tab ("relative size") based on where the user is dragging the tab. For instance, if a user drags tab to an existing, split layout, the size of the panel will be roughly ¼ of the total area, or ½ of the target frame: |
| **Claim 4** | |
| The system of claim 1 wherein the window frame split mechanism determines the location of the first window subframe and the second window subframe based | As illustrated *supra*, when a user rearranges the layout of panels (the "window frame split mechanism"), the user interface detects the location of where the user is dragging the tab ("location information") to determine whether to split the windows vertically or horizontally ("relative orientation"). The system inherently must maintain information regarding the layout of the windows in order to accurately place windows in other locations. |

<table>
<tr><td>on location information obtained during the second user interaction.</td><td></td></tr>
<tr><td colspan="2">Claim 5</td></tr>
<tr><td>A method for implementing a window frame having a first viewable area for displaying the contents of any one of a plurality of windows and a second viewable area for displaying indicia of each such window, the method comprising the following steps:</td><td>The XMind editor is a mind mapping software application. The application has a “window frame” having a “first viewable area for displaying the contents of any one of a plurality of windows.” The “second viewable area for displaying indicia of each such window” corresponds to the tab bar appearing above the editing window (red). The “indicia” corresponds to the tab and panel name appearing in said tab.<br><br></td></tr>
</table>

| | |
|---|---|
| (a) in response to a first user interaction with the indicia of a first window of the plurality of windows, displaying the contents of that first window in the first viewable area; and | As illustrated *supra*, the "window display mechanism" corresponds to the program code that is responsible for loading and presenting panels within a docked window. The tabs of the application allow users to select a tab (a "first user interaction with the indicia of a first window of the plurality of windows") (e.g., the "Package Explorer" tab) which then displays the contents of the panel associated with such a tab in the window ("displays the contents of that first window in the first viewable area"):  |

| | |
|---|---|
| | Subsequently, a user may select a second tab (“Task List”) to display the contents of the panel associated with that tab in the window:   |
| (b) in response to a second user interaction with the indicia of a second window of the plurality of windows, splitting the window frame into: | A user can “drag” (“second user interaction”) a tab (“indicia of a second window of the plurality of windows”) to rearrange the layout of windows (a “window frame split mechanism”). The dragging splits the window into various layouts: |



XMind - Workbook 1
File Edit View Insert Modify Tools Window Help
Home
Outline Overview Properties
Sheet
Background
Background Color:
Wallpaper
Select Wallpaper...
60 %
Legend
Show Legend
Background Color:
Advanced
Multi Branch Colors
Tapered Lines
Gradient Color
Information Card
Show Label
Show Notes
Show Hyperlink
Show Task Info
Background Color:
Reset Style
Workbook 1
Temporary indicia illustrating horizontal panel split while tab is dragged by mouse
Central Topic
Sheet 1
120%
Markers
Recent Used
Task Priority
Faces
Flags
Stars
People
Arrows
Symbols
Month
Jan Feb Mar Apr May Jun Jul Aug
Auto Save: OFF DEMO

(horizontal split)

EXHIBIT B
PAGE 34

<table>
<tr><td></td><td>

(vertical split)</td></tr>
<tr><td>(i) a first window subframe having a third viewable area for displaying the contents of the second window and a fourth viewable area for displaying the indicia of that second window; and</td><td>As in the initial scenario, the newly created “first window subframe” contains a “third viewable area” that displays the “contents of the second window” (i.e., the panel contents) and a “fourth viewable area” for displaying indicia.</td></tr>
</table>

| | |
|---|---|
| |  |
| (ii) a second window subframe having the first viewable area for displaying the contents of any one of the plurality of windows other than the second window and the second viewable area for displaying indicia of each such window. | As in the initial scenario, the newly created "second window subframe" contains the "first viewable area" that displays the "contents of any one of the plurality of windows other than the second window" (i.e., the panel that was not dragged) and the "second viewable area" for displaying indicia. |

| | |
|---|---|
| |  |
| **Claim 6** | |
| The method of claim 5 wherein the relative orientation of the first window subframe and the second window subframe is determined based on location information obtained during the second user interaction. | As illustrated *supra*, when a user rearranges the layout of panels (the "window frame split mechanism"), the user interface detects the location of where the user is dragging the tab ("location information") to determine whether to split the windows vertically or horizontally ("relative orientation"). |

| **Claim 7** | |
|---|---|
| The method of claim 5 wherein the relative size of the first window subframe and the second window subframe is determined based on location information obtained during the second user interaction. | As illustrated *infra*, when a user rearranges the layout of panels (the "window frame split mechanism"), the user interface determines the size of the new location of where the user is dragging the tab ("relative size") based on where the user is dragging the tab. For instance, if a user drags tab to an existing, split layout, the size of the panel will be roughly ¼ of the total area, or ½ of the target frame: |
| **Claim 8** | |
| The method of claim 5 wherein the location of the first window subframe and the second window subframe is determined based on location information obtained during the second user interaction. | As illustrated *supra*, when a user rearranges the layout of panels (the "window frame split mechanism"), the user interface detects the location of where the user is dragging the tab ("location information") to determine whether to split the windows vertically or horizontally ("relative orientation"). The system inherently must maintain information regarding the layout of the windows in order to accurately place windows in other locations. |